Hladik, Onorato
& Federman, LLP
THE HOF LAW GROUP

298 Wissahickon Avenue
North Wales, PA 19454
Telephone: 215-855-9521
Facsimile: 215-855-9121
HOF# 24-02297

October 21, 2026

Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

RE: Kevin M. Archer & Jamie M. Archer
Chapter 13, Case No. 24-12600-djb
Type of Action: Lakeview Loan Servicing, LLC's Notice of Default

Dear Attorney Sadek:

The stipulation, executed by the parties and approved by the Court, in the above-mentioned matter requires the Debtors to remain current with the monthly post-petition payments. The Debtors have not been making post-petition payments as required by the Stipulation. The post-petition delinquency is as follows:

| | |
|---|---|
| Regular Monthly Payments | |
| (September 1, 2026, through October 1, 2026 at $2,257.98 each)………………………………. | $4,515.96 |
| Suspense Balance……………………………………………………………………………… | ($1,542.02) |
| Attorney fees for Notice of Default………………………………………………………………. | $125.00 |
| **TOTAL POST-PETITION ARREARS………………………………………………………..** | **$3,098.94** |

The Debtor is therefore in default of the agreed stipulation. The amount needed to cure the additional post-petition default is **$3,098.94.** The payment to cure these arrears must be made in certified funds.

In accordance with said stipulation, this shall serve as ten (10) days written notice of default. If the default is not cured within ten (10) days of the date of this letter, then Lakeview Loan Servicing, LLC shall file a Certification with the Court, entitling it to relief from stay.

If you should have any questions, please contact my office.

Very truly yours,

***/s/ Danielle Boyle-Ebersole***
Danielle Boyle-Ebersole, Esquire

cc: Kevin M. Archer
Jamie M. Archer
315 Pennsylvania Avenue
Prospect Park, PA 19076